# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Terence Taylor,

Plaintiff(s),

v.

Magarvie et al,

Defendant(s).

Case No.  15-cv-5190
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: IT IS HEREBY ORDERED that motion to transfer venue is granted in favor of Defendants and against Plaintiff.  IT IS FURTHER ORDERED that this action is transferred to the Central District of Illinois (Peoria Division).

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion to transfer case.

Date:  8/24/2016                                Thomas G. Bruton, Clerk of Court

                                                Rhonda Johnson , Deputy Clerk