#### UNITED STATES DISTRICT COURT
#### CENTRAL DISTRICT OF ILLINOIS
#### PEORIA DIVISION

| | |
|---|---|
| TERRENCE TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16-01336 |
| v. ) | |
| ) | Honorable James E. Shadid |
| MARJOR MARGARVIE, ET AL, ) | |
| ) | |
| Defendants. ) | |

### IDOC DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS

Defendants Royce Brown-Reed, Tarry Williams, Jenny McGarvey, Tralon Durett, Michael Magana, Dominic M. Griffin, Victor Calloway, Michael Lemke, Randy Malkowski, Naveen Nagpal, Krisi Eschleman, Rebecca Buczowski, Mary Ellen Grennan, Kimberly Kelly, and Guy Pierce ("IDOC Defendants), through their attorney, Lisa Madigan, Attorney General of Illinois, respectfully move this Court for an enlargement of dispositive motion deadline. In support of their motion, the IDOC Defendants state as follows:

1.  The dispositive motions in this case are due by March 7, 2018. (February 1, 2018 Minute Order.) The parties have been engaging in settlement discussions and believe a settlement is a reasonable possibility.

2.  The IDOC Defendants respectfully request that the Court extend the dispositive motion deadline to April 6, 2018 to allow the parties to participate further in settlement discussions and avoid unnecessary motion practice.

3.  Plaintiff's counsel does not oppose this motion.

Accordingly, the IDOC Defendants respectfully request that the Court grant their motion and extend the dispositive motion deadline to April 6, 2018.

|  |  |
|---|---|
|  | Respectfully submitted, |
| **LISA MADIGAN**<br>Attorney General of Illinois | /s/ *Erik H. Johnson*<br>Erik H. Johnson<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>100 West Randolph Street, 13th Floor<br>Chicago, Illinois 60601<br>(312) 814-2680<br>erjohnson@atg.state.il.us<br><br>***Attorney for the IDOC Defendants*** |

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that he electronically filed the foregoing **IDOC Defendants' Motion for an Enlargement of Time to File Dispositive Motions** with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                                            */s/ Erik H. Johnson*