**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| TERRENCE TAYLOR, )<br><br>Plaintiff, )<br><br>v. )<br><br>MARJOR MARGARVIE, ET AL, )<br><br>Defendants. ) | <br><br>Case No. 16-01336<br><br>Honorable James E. Shadid |

**IDOC DEFENDANTS' THIRD MOTION FOR AN ENLARGEMENT**
**OF TIME TO FILE DISPOSITIVE MOTIONS**

Defendants Royce Brown-Reed, Tarry Williams, Jenny McGarvey, Tralon Durett, Michael Magana, Dominic M. Griffin, Victor Calloway, Michael Lemke, Randy Malkowski, Naveen Nagpal, Krisi Eschleman, Rebecca Buczowski, Mary Ellen Grennan, Kimberly Kelly, and Guy Pierce ("IDOC Defendants), through their attorney, Lisa Madigan, Attorney General of Illinois, respectfully move this Court for an enlargement of dispositive motion deadline. In support of their motion, IDOC Defendants state as follows:

1.      The dispositive motion deadline was set for March 7, 2018. (February 1, 2018 Minute Order.) The IDOC Defendants filed an unopposed motion to extend the deadline to April 6, 2018 (ECF No. 149) which the Court granted. (March 12, 2018 Minute Order.)  The IDOC Defendants filed a second motion for an extension of time on April 6, 2018, which has not yet been addressed by the Court or Plaintiff.

2.      In preparation for filing the IDOC's Motion for Summary Judgment, the undersigned discovered that an Answer had never been filed by the IDOC Defendants. The undersigned immediately attempted to contact Plaintiff's counsel to inform her of the omission, but was unable to reach her. The undersigned ceased all preparation of the IDOC Defendants'

Motion for Summary Judgment and prepared the IDOC Defendants' Answer to the Second Amended Complaint.

3.      The IDOC Defendants filed a motion to file their Answer to the Second Amended Complaint *Instanter* on May 3, 2018, which the Court granted.  The IDOC Defendants' Answer to the Second Amended Complaint was filed on May 4, 2018.

4.      Because the undersigned redirected his efforts in this case to preparing the Answer to the Second Amended Complaint, he was unable to finish drafting the IDOC Defendants' Motion for Summary Judgement before the anticipated May 4, 2018 deadline.

5.      IDOC Defendants respectfully request that the Court extend the dispositive motion deadline to May 18, 2018 to allow the undersigned to complete the preparation of the IDOC Defendants' Motion for Summary Judgement.

6.      Counsel for the Wexford Defendants has been consulted and agrees to the relief requested in this motion.  Defendants attempted to contact Plaintiff's counsel, but did not receive a response as to whether Plaintiff would object to this motion before its filing.  Because there has been no substitution filed on behalf of Defendant Obasi, his estate was not contacted to get its position on this motion.

Accordingly, IDCO Defendants respectfully request that the Court grant their motion and extend the dispositive motion deadline to May 18, 2018.

                                        Respectfully submitted,

**LISA MADIGAN**                         /s/ *Erik H. Johnson*
Attorney General of Illinois            Erik H. Johnson
                                        Assistant Attorney General
                                        Office of the Illinois Attorney General
                                        100 West Randolph Street, 13th Floor
                                        Chicago, Illinois 60601
                                        (312) 814-2680
                                        erjohnson@atg.state.il.us

*Attorney for the IDOC Defendants*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he electronically filed the foregoing **Defendants' Third Motion for an Enlargement of Time to File Dispositive Motions** with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.


*/s/ Erik H. Johnson*